IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUNDELL WRIGHT,**<br><br>                                   Petitioner,<br><br>        v.<br><br>**A. HEDGPETH, Warden,**<br><br>                                   Respondent. | 2:09-cv-3347 MCE EFB P<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S REQUEST TO FILE DOCUMENTS UNDER SEAL |

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 24, 2011, Respondent filed a request to seal confidential state court documents.

    Local Rule 141 allows the Court to seal documents only upon written order of the Court and upon the showing required by applicable law. *See also* Fed. R. Civ. P. 5.2, 26(c). Upon reviewing the request, the Court will file in the publicly available case file an order granting or denying the request. However, the order shall identify the documents for which sealing has been granted or denied without revealing its contents. Local Rule 141(d).

    Generally, the contents of sealed documents are of a nature that require the Court to maintain the confidentiality of the document. Here, the State of California has deemed the

1

1  information contained in the records described in the Request to Seal as confidential and limited
2  access to the document to a limited number of individuals.  *See* Cal. Rules of Court, Rule 8.328.
3  This Court shall respect the privacy interests of Petitioner created by California state law.
4      Based on the showing of good cause, Respondent's Request to Seal Documents is
5  GRANTED.

Dated: July 5, 2011

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge

SA2010300238
31289348.doc