IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUNDELL WRIGHT,

    Petitioner,　　　　　　　　　No. 2:09-cv-3347 MCE EFB P

    vs.

A. HEDGPETH,

    Respondent.　　　　　　　　　<u>ORDER</u>

                          /

    Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on July 9, 2012. On August 13, 2012, petitioner filed a notice of appeal. On November 9, 2012, petitioner filed a request to proceed *in forma pauperis* on appeal. Dckt. No. 50.

    Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner has filed a declaration which demonstrates his inability to

1  pay or to give security for fees and costs. Dckt. No. 50. Petitioner did not, however, claim
2  entitlement to redress or describe the issues he intends to present on appeal. Accordingly, his
3  motion to proceed *in forma pauperis* on appeal is denied without prejudice. Petitioner is hereby
4  informed that he may file a motion to proceed *in forma pauperis* in the United States Court of
5  Appeals for the Ninth Circuit. *See* Fed. R. App. Proc. 24(a)(5).

6  Petitioner has also filed a request for a 30-day extension of time to file a motion for a
7  certificate of appealability. Dckt. No. 47. However, on July 9, 2012, the court issued an order in
8  which it declined to issue a certificate of appealability. Dckt. No. 39. As the court has already
9  decided that petitioner is not entitled to a certificate of appealability, petitioner's request for an
10 extension of time is denied pursuant to the court's July 9, 2012 order. Petitioner may, however,
11 seek a certificate of appealability from the United States Court of Appeal for the Ninth Circuit
12 under Federal Rule of Appellate Procedure 22. Rule 11(a), Rules Governing Section 2254
13 Cases.

14  Accordingly, IT IS HEREBY ORDERED that:

15  1. Petitioner's request to proceed *in forma pauperis* on appeal, Dckt. No. 50, is denied
16 without prejudice;

17  2. Petitioner's request for a 30-day extension of time to file a motion for a certificate of
18 appealability, Dckt. No. 47, is denied; and

19  3. The Clerk of the Court is directed to serve a copy of this order on the United States
20 Court of Appeals for the Ninth Circuit.

21 Dated: November 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE